UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CASTLE FIBER LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAYOR and CITY COUNCIL of OCEAN CITY,<br><br>Defendant. | Case No.: 1:21-cv-01812<br>*Consolidated and Joined with Civil Action No. 1:21-cv-03070* |

## [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY CASES

WHEREAS, Plaintiff Crown Castle Fiber LLC ("Crown Castle") and Defendant the Mayor and City Council of Ocean City, Maryland (the "Town") (together the "Parties") have filed a Joint Motion to Stay the above consolidated cases (the "Motion");

Having considered the Motion and good cause having been shown, the Motion is **GRANTED,** and all proceedings in Civil Action No. 1:21-cv-01812 *consolidated with* Civil Action No. 1:21-cv-03070, are hereby **STAYED** for 120 days; and it is further **ORDERED** that, when the stay concludes, the parties submit a joint proposed revised schedule, if appropriate.

SO ORDERED this 14th day of June, 2022.

/s/
_____
The Honorable Stephanie A. Gallagher
United States District Judge