Law Offices
**AYRES, JENKINS, GORDY & ALMAND, P.A.**
6200 COASTAL HIGHWAY, SUITE 200
OCEAN CITY, MARYLAND 21842
www.ajgalaw.com
(410) 723-1400
FAX (410) 723-1861

GUY R. AYRES III (1945-2019)
M. DEAN JENKINS
JAMES W. ALMAND
WILLIAM E. ESHAM, III
MARK SPENCER CROPPER
BRUCE F. BRIGHT†
HEATHER E. STANSBURY
MAUREEN F.L. HOWARTH
RYAN D. BODLEY
VICTORIA L. O'NEILL
SPENCER A. CROPPER

OF COUNSEL
HAROLD B. GORDY, JR.

†Also admitted in District of Columbia

WRITER'S EMAIL
ADDRESS:
bbright@ajgalaw.com

WRITER'S CELL
NUMBER:
410-693-7349

October 19, 2022

***Via Electronic Filing***
The Honorable Stephanie A. Gallagher
U.S. District Court – District of Maryland
101 W. Lombard Street, Chambers 7C
Baltimore, Maryland 21201

Re:   *Crown Castle Fiber LLC v. The Mayor and City Council of Ocean City*
United States District Court – District of Maryland
Case Nos. 1:21-cv-01812-SAG & 1:21-cv-03070-SAG
(**consolidated** under Case No. 1:21-cv-01812-SAG)

Dear Judge Gallagher:

The Stay in this case expired on or about October 12, 2022. Counsel for all parties have conferred and jointly submit this letter, pursuant to the Court's Order dated June 14, 2022 (ECF Doc No. 58), proposing the following revised schedule for the case, post-Stay:

| | |
|---|---|
| **February 9, 2023** | Moving for joinder of additional parties and amendment of pleadings |
| **February 23, 2023** | Plaintiff's/Counter-Plaintiff's Rule 26(a)(2) disclosures |

It is, this 19th day of October, 2022, ORDERED that the
STAY IS LIFTED, and the joint proposed schedule is
APPROVED.

_____/s/_____
Stephanie A. Gallagher
United States District Judge

| | |
|---|---|
| **April 27, 2023** | Defendant's/Counter-Defendant's Rule 26(a)(2) disclosures |
| **May 11, 2023** | Fact discovery deadline |
| **May 30, 2023** | Plaintiff's/Counter-Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| **June 30, 2023** | Rule 26(e)(2) suppl. of disclosures; expert discovery deadline; submission of status report |
| **July 11, 2023** | Requests for admissions |
| **August 4, 2023** | Dispositive pretrial motions deadline |

The parties hereby jointly seek the Court's approval of the above proposed schedule for the case.

Very truly yours,

*/s/ Bruce F. Bright*

Bruce F. Bright
(#27236)

BFB/kw

cc:    Thomas Scott Thompson, Esq. (via e-service)
        Christen Lauren B'anca Glen, Esq. (via e-service)
        Daniel P. Reing, Esq. (via e-service)
        Tillman L. Lay, Esq. (via e-service)
        Cheryl A. Leanza, Esq. (via e-service)
        Gerard L. Lederer, Esq. (via e-service)
        Maureen L. Howarth, Esq. (via e-mail)
        Heather E. Stansbury, Esq. (via e-mail)

2